# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF OKLAHOMA

FILED

12:23 am, Jan 19, 2026

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA
By: RB, Deputy Clerk

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **-vs-** ) | **No. M-26-23-ALM** |
| ) | |
| **TAYLOR RYAN PRIGMORE** ) | **FILED UNDER SEAL** |
| **a/k/a "@adriantepes6426,"** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER SEALING COMPLAINT AND AFFIDAVIT

On this 19th day of January 2026, for the reasons given in the government's Motion to Seal,

IT IS ORDERED that the Complaint, Affidavit, and Arrest Warrant in this matter, together with this Order and the Motion to Seal, be filed in the Office of the Clerk of this Court under seal, so as not to become matters of public record in this Court, until Defendants' initial appearance or further Order of the Court.

AMANDA L. MAXFIELD
UNITED STATES MAGISTRATE JUDGE