# United States District Court
for the

<u>    WESTERN    </u> DISTRICT OF <u>    OKLAHOMA    </u>

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) |
| v. | ) Case No: M-26-23-ALM |
| TAYLOR RYAN PRIGMORE, <br> a/k/a "@adriantepes6426" <br> Defendant, | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Between on or about May 5, 2025, to on or about January 17, 2026, in the County of Lincoln, Oklahoma, in the Western District of Oklahoma, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Transmitting a communication containing a threat to injure another in interstate commerce. |

This criminal complaint is based on these facts:

See attached Affidavit of Special Agent Brigitte Tyson, of the Federal Bureau of Investigation which is incorporated and made a part hereof by reference.

☐ Continued on the attached sheet.

*[signature]*
BRIGITTE TYSON
Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence.

Date: <u>1/19/2026</u>

City and State: <u>Oklahoma City, Oklahoma</u>

*[signature]*
Judge's signature

Amanda L. Maxfield, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA<br><br>v.<br><br>TAYLOR RYAN PRIGMORE<br>    a/k/a "@adriantepes6426" | Case No. _____<br><br>**Filed Under Seal** |
|---|---|

## AFFIDAVIT IN SUPPORT OF
## APPLICATION FOR COMPLAINT

I, Brigitte Tyson, a Special Agent with the Federal Bureau of Investigation ("FBI"), being duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of a criminal complaint charging TAYLOR RYAN PRIGMORE (a/k/a "@adriantepes6426") (hereinafter "**PRIGMORE**") with a violation of Title 18, United States Code, Section 875(c), communication containing a threat to injure another transmitted in interstate commerce (the "Subject Offense").

2. Title 18, United States Code, § 875(c) makes it unlawful to transmit in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another.

3. I am a Special Agent with the FBI's Joint Terrorism Task Force ("JTTF"). I have been employed as a Special Agent with the FBI since October 2020, and I am currently assigned to the Oklahoma City Division. In this capacity, my

responsibilities include the investigation of possible violations of federal law. During my career, my investigations have included a variety of matters, including investigations involving individuals suspected of terrorist activities, assisted in the execution of search and arrest warrants, conducted surveillance, analyzed records, and have spoken to informants and subjects of investigations involving numerous types of federal violations including firearms and threat relate offenses.

4. I have personally participated in the investigation set forth below. The facts in this affidavit come from my personal observations, my review of documents related to this investigation, oral and written communications with others who have personal knowledge of the events and circumstances described herein, a review of public source information including information available on the Internet, my training and experience, and information obtained from other government agencies, agents, and witnesses. I have set forth only facts that I believe as necessary to establish probable cause to believe that violations of the criminal statutes identified in paragraph 2 and below have occurred. Based on the following facts, I believe there is probable cause to show that **PRIGMORE** committed an offense under Title 18, United States Code, Section 875(c), in that he knowingly communicated a threat to injure another transmitted in interstate commerce.

## FBI NATIONAL THREAT OPERATIONS CENTER TIP

5. On or about January 17, 2026, the FBI National Threat Operations Section (NTOS) Exigent Threat Research and Analysis Crisis Team (EXTRACT) received an emergency disclosure of information from Google LLC ("Google") regarding threatening statements made on YouTube by **PRIGMORE**. Specifically, the report stated, "Based on the content of comments that were uploaded to the YouTube[1] video service, Google believes that there presently exists an emergency involving imminent death or serious bodily injury to a person or persons, and that immediate disclosure to you of certain information is required to avert the emergency. The comments have been deleted but are attached to this message for your convenience, as well as information on the account associated with the comments." The comments made by **PRIGMORE** involved communications regarding threats to kill Immigration Customs Enforcement (ICE) Agents, MAGA Republicans, and politicians by Google user Adrian Tepes, under username, "@adriantepes6426" (SUBJECT ACCOUNT). Google provided the following subscriber information for Google user Adrian Tepes:

   a. E-mail address: alucardoppel13@gmail.com
   b. Date of Birth: ▮▮▮▮/1995
   c. E-mail addresses: alcucardoppel13@gmail.com and reuzoki@aol.com
   d. Phone Number: 405-▮▮▮▮▮▮▮

---

[1] Google LLC is the legal entity for YouTube.

e. Most recent IP address: 136.227.108.9 (2026-01-17 20:11:14 Z)

**YOUTUBE THREATENING COMMUNICATIONS**

6. On January 17, 2026, at 13:53:00 EST, SUBJECT ACCOUNT posted the comment, "**C*vil w*r. I can't wait for the opportunity to k*ll people like you. Tell your friends,**," on a video titled "Virginians to vote on four constitutional amendments." Below is a still capture from "Virginians to vote on four constitutional amendments."



7. On January 17, 2026, at 6:59:00 EST, SUBJECT ACCOUNT posted the comment, "**You are late as hell. Prep for civil w*r. Prep for d*th c*mps. Prep for k*lling f*deral *g*nts,**" on a video titled "A Veteran's Warning About ICE

and the Cost of Silence…." . Below is a still capture from "A Veteran's Warning About ICE and the Cost of Silence…".



8. On January 17, 2026, at 6:14:00 EST, SUBJECT ACCOUNT posted the comment **"I ready to die for this. Are you?"** on a video titled "We didn't change! They did." Below is a still capture from "We didn't change! They did."



9. On January 17, 2026, at 5:22:00 EST, SUBJECT ACCOUNT posted the comment "▮▮▮▮▮▮▮▮▮▮▮▮▮**It's not sarcasm. I live in america. I am prepping physically and mentally to kill federal agents. Have you not seen the news of late. The nazi's are winning over here. WWIII is on it's way, and a great depression is probably around the corner. Our presidents needs to die to save lives. sex slaves, lynchings, rapes, disappearances and murders,are being perpetrated by ICE. In the open now. I intend to kill these people as law has abandon justice here."** on a video titled "when do you know it's working? - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮." Below is a still capture of "when do you know it's

working? - ."



10. On January 17, 2026, at 5:42:00 EST, SUBJECT ACCOUNT posted the comment **"I really tired of dumb fucks pretending he'll obey the courts. What is the 2nd amendment for? Prep yourself to kill federal agents"** on a video titled "'WE SHOULDN'T HAVE AN ELECTION': TRUMP THREATENS INSURRECTION ACT!" Below is a still capture of "'WE SHOULDN'T HAVE AN ELECTION': TRUMP THREATENS INSURRECTION ACT!"



11. On January 16, 2026, at 18:23 EST, SUBJECT ACCOUNT posted the comment **"What is the 2nd amendment for? Ending maga."** on a video titled "BREAKING: TRUMP RAIDING JOURNALISTS; FUENTES DEFENDS EPSTEIN! CANDACE SAYS CHARLIE KIRK TIME TRAVELS." Below is a still capture from "BREAKING: TRUMP RAIDING JOURNALISTS; FUENTES

8

DEFENDS EPSTEIN! CANDACE SAYS CHARLIE KIRK TIME TRAVELS.".



12. On January 16, 2026, at 13:10 EST, SUBJECT ACCOUNT posted the comment **"I can't wait for the civil war. I'm hungry kill kill youmaga fucks"** on a video titled "What a mess...." Below is a still capture of "What a mess...."



13. On January 14, 2026, at 21:31:14 EST, SUBJECT ACCOUNT posted the comment "**Buy guns. Kill ICE**" on the video titled "Tim Walz Addresses ICE Presence In Minnesota | ▮▮▮▮." Below is a still capture of "Tim Walz

Addresses ICE Presence In Minnesota | ."



14. On January 14, 2026, at 12:21:18 EST, SUBJECT ACCOUNT posted the comment **"Be brave. Say it where ever you go. Kill feds"** and at 12:29:29 EST posted the comment **"No. A strike is no longer good enough when they are going door to door. We need to kill them"** to the video titled "More Americans are Saying the Quiet Part Loud: They Want a Revolution.". Below is a still capture of "More Americans are Saying the Quiet Part Loud: They Want a

Revolution."



15. On January 3, 2026, at 6:52:05 EST, SUBJECT ACCOUNT posted the comment **"We have to come to terms with the fact that we will have tokill and die our way out of this for our loved ones."** on the video titled "The US Invasion of Venezuela: We kidnapped Maduro." Below is a still capture of "The US Invasion

of Venezuela: We kidnapped Maduro.".



16. On May 9, 2025, at 17:56:19 EST, SUBJECT ACCOUNT posted the comment "**I un-ironically want to see cops de-funded or dead. I'm done. I'm sure others are too. No more**" on the video titled "An eye for a fingernail."  Below is a still

13

capture of "An eye for a fingernail."



17. On May 9, 2025, at 17:28:24 EST, SUBJECT ACCOUNT posted the comment **"If you aren't willing to die and kill for your cause you will lose. There is a chance that man is never seen again. Buy a gun. --- ICE agents. Not a joke. Not a game. --- them. I'm done. I'll --- any cops that show up to my house. I'll --- as many as possible and then --- myself. All of you should do the same. Buy a gun.This is life and death. They will never face accountability. You are not a good person just because there are things you are not willing to do. Remember how we won WWII. It was not bloodless"** on the video titled "What

happened in Worcester, MA is an outrage."



**PRIGMORE RESIDENCE AND INTERNET ACTIVITY**

18. Google records indicate SUBJECT ACCOUNT's last Internet Protocol (IP) activity occurred on January 17, 2026, at 20:11:114Z using IP address 136.227.108.9 from an Android 12 device. According to open-source research, the Internet Service Provider for 136.227.108.9 is CVEC fiber based in Harrah, Oklahoma.

19. Records from Google Payment Corporation indicate that the following address information is listed in Google Wallet for email address, alucardoppel13@gmail.com, which is associated with SUBJECT ACCOUNT:

   a. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, McLoud, OK, 74851, US

b. ███████████, McLoud, OK, 74851, US.

20. A records search revealed an individual by the name Taylor Ryan Prigmore, DOB ███████, 1995, resides a ███████████████ McLoud, Oklahoma 74851.

21. On or about January 18, 2026, FBI requested an Emergency Disclosure from AT&T regarding phone number 405-███████  (SUBJECT PHONE). AT&T provided the following subscriber information for SUBJECT PHONE:

   a. Carrier: Cricket Wireless
   b. Subscriber Name: ███████████ and ███████████
   c. Subscriber Address: ███████████████, McLoud, OK, 74851

22. AT&T further provided Timing Advance Data that indicates the user of SUBJECT PHONE has been stationary in the vicinity of the residence located at ███████████████, McLoud, OK, 74851 (SUBJECT RESIDENCE), from January 17, 2026, 12:00am to January 18, 2026, 1:56pm. The location near McLoud, Oklahoma is in Lincoln County, Oklahoma, which is in the Western District of Oklahoma. The image below is Timing Advance Data provided by AT&T.

The Red dot indicates the location of SUBJECT RESIDENCE.



## CONCLUSION

23. Based on the facts described above, I believe that probable cause exists to show that between on or about May 9, 2025, to on or about January 17, 2026, in the Western District of Oklahoma, Taylor Ryan **PRIGMORE,** violated Title 18, United States Code, Section 875(c), communications containing a threat to injure another transmitted in interstate commerce.

Brigitte Tyson
Special Agent
Federal Bureau of Investigation

SWORN AND SUBSCRIBED to before me this ___19th___ day of January, 2026.

_____
AMANDA L. MAXFIELD
UNITED STATES MAGISTRATE JUDGE