# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) |
| | ) Case Number: M-26-23-ALM |
| | ) |
| Taylor Ryan Prigmore | ) |
| Defendant | ) |

## WAIVER OF PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this Court

A Magistrate Judge has informed me of my rights to a preliminary hearing under Fed. R. Crim. P. 5,

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.


_____        01/20/2026
Defendant                                Date

_____
Attorney for Defendant

SR-03-2020